**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:07CR00020 |
| v. ) | **FINAL ORDER** |
| ) | |
| **BRYANT KELLY PRIDE,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

For the reasons stated in the accompanying Opinion, it is **ORDERED** as follows:

1. The defendant's motion (ECF No. 138), to the extent that it seeks relief from judgment under Fed. R. Civ. P. 60(b)(6) and 15(c), is DENIED;

2. The Clerk is DIRECTED to redocket the defendant's pro se motion (ECF No. 138) as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255;

3. The § 2255 motion is hereby DENIED without prejudice as successive;

4. The § 2255 motion is stricken from the active docket of the court; and

5. A Certificate of Appealability is DENIED.

ENTER: February 22, 2012

/s/ James P. Jones
United States District Judge